■ In the Matter of KERRY KOTLER, Petitioner. [678 NYS2d 511] —Proceeding pursuant to Judiciary Law § 509, by the petitioner, a defendant in a criminal action entitled *People v Kerry Kotler,* under Suffolk County Indictment No. 1028/96, in which judgment was rendered by the County Court, Suffolk County, on October 23, 1997, to direct the Commissioner of Jurors, Suffolk County, to release certain of his records to the petitioner, including the lists from which the venire panel for the petitioner's trial was chosen.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements. (*See generally, Matter of Newsday, Inc. v .Sise,* 120 AD2d 8, *affd* 71 NY2d 146.) Rosenblatt, J. P., Miller, Ritter and Sullivan, JJ., concur.